# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALMAZ GLISHA,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>LORETTA LYNCH,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-02064-APG-NJK<br><br>ORDER<br><br>(Docket No. 5) |

　　　Pending before the Court is Plaintiff's motion for an order enlarging time for service of process. Docket No. 5. A court must extend the deadline for service of process upon a showing of good cause, and has discretion to do so even absent such a showing. Fed R. Civ. P. 4(m); *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001).

　　　For good cause shown, the Court hereby **GRANTS** Plaintiff's motion and extends the Rule 4(m) deadline by 30 days.

　　　IT IS SO ORDERED.

　　　DATED: December 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge