STEVEN A. PLATT
U.S. Department of Justice, Civil Division
Office of Immigration Litigation–District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074
steven.a.platt@usdoj.gov
*Counsel for Respondent*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALMAZ GLISHA,<br><br>  Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III,[1]<br><br>  Respondent. | Case 2:16-cv-2064-APG-NJK<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**ORDER** |

Under Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7-1, the parties jointly agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Under Federal Rule of Civil Procedure 25(d)(1), Attorney General of the United States Jefferson B. Sessions III is automatically substituted as the Respondent for former Acting Attorney General Sally Q. Yates.

1

Dated: March 24, 2017                    Respectfully submitted,

For Petitioner:

*signature*

DAN M WINDER, ESQ.
Nevada Bar No. 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Fax: (702) 474-0631
winderdanatty@aol.com

For Respondents:

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

KATHERINE E.M. GOETTEL
Senior Litigation Counsel

By: s/ *Steven A. Platt*
STEVEN A. PLATT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section


IT IS SO ORDERED:


_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE


DATED: _____

2